UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80106-Civ-Middlebrooks/Brannon

GLOBAL DIGITAL SOLUTIONS, INC.,

     Plaintiff,

vs.

GRUPO RONTAN ELECTRO METALURGICA, S.A.,
JOAO ALBERTO BOLZAN, and
JOSE CARLOS BOLZAN,

     Defendants.

_____/

## ORDER MEMORIALIZING DISCOVERY RULINGS

**THIS CAUSE** is before the Court following a discovery hearing held on September 19, 2019.  Counsel resolved certain disputes on their own and the Court issued rulings on those that remained outstanding.  To memorialize its rulings, the Court **ORDERS** as follows:

1.     Referring to the "Information Request" chart submitted by counsel and discussed at length during the discovery hearing [DE 89 at 10], **by 5:00 P.M. EST on Thursday, September 26, 2019**, Defendants shall produce to Plaintiff documents that are responsive to line items #2 (financial statements), #15 (tax returns), and #18 (partners' renumeration) for all of the years from 2013 through 2016.  Defendants shall produce the documents that have already been produced (or will be produced) from these line item categories in a manner that makes the documents easily identifiable.

1

2.      **By 5:00 P.M. EST on Thursday, September 26, 2019**, Defendants shall produce to Plaintiff documents responsive to Plaintiff's First Request for Production No. 12—which generally seeks tax deficiency documentation—for all of the years from 2013 through 2017. Defendants shall produce these documents in a manner that makes them easily identifiable.

3.      The parties shall forthwith confer and agree upon search terms to be used as part of a renewed ESI search of corporate Defendant Grupo Rontan's server, company computers, and/or electronic databases.  A renewed electronic search of Grupo Rontan's databases using the agreed-upon search terms shall be completed and all responsive emails discovered as a result of the renewed search shall be produced to Plaintiff **by 5:00 P.M. EST on Thursday, September 26, 2019.**

4.      Regarding potential issues that have arisen regarding non-party Edigimar Antonio Maximiliano Junior's compliance with his Court-ordered production of responsive documents and appearance for a continued deposition [DE 93], the parties shall submit a proposed follow-up order as discussed more fully at the discovery hearing.  The proposed order shall be submitted in Word version via email to brannon@flsd.uscourts.gov **by 12:00 Noon EST on Tuesday, September 24, 2019.**  Alternatively, if Mr. Maximiliano complies with his Court-ordered obligations or the parties otherwise resolve any issues regarding Mr. Maximiliano's obligations, they shall file an appropriate notice to confirm that no further Court action is required.

5.      As agreed upon by the parties during the discovery hearing and announced on the record, Defendants shall produce to Plaintiff:  (1) all requested documents relating to shareholder guaranties from the years 2013 through 2017, (2) all requested translations of relevant English-language documents created by Defendants in the normal course of business, and (3) all relevant correspondence by Defendants to non-party KPMG LLP, whether by email or otherwise, that

includes the transmission of documents.  Such production shall occur **by 5:00 P.M. EST on Thursday, September 26, 2019**, or as otherwise mutually agreed upon by counsel.

      **DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 20th day of September, 2019.

_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE
