UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80106-DMM

GLOBAL DIGITAL SOLUTIONS, INC.,

      Plaintiff,

vs.

GRUPO RONTAN ELECTRO METALURGICA, S.A.,
JOAO ALBERTO BOLZAN, and
JOSE CARLOS BOLZAN,

      Defendants.
_____/

## **PLAINTIFF'S APPENDIX OF EXHIBITS IN SUPPORT OF FINAL JUDGMENT**

Carlos M. Sires, Esq.
(Florida Bar No. 319333)
James M. Grippando, Esq.
(Florida Bar No. 383015)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022
csires@bsfllp.com
jgrippando@bsfllp.com

William A. Isaacson, Esq.
(*pro hac vice*)
5301 Wisconsin Avenue, NW
Suite 800
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
wisaacson@bsfllp.com

*Attorneys for Global Digital Solutions, Inc.*

**TABLE OF CONTENTS**

| TAB | DESCRIPTION |
|---|---|
| 1. | Declaration of Matthew Crow of Mercer Capital |
| 2. | Declaration of Marici Giannico and Paulo Camargo Tedesco of the Brazilian law firm Mattos Filho, Veiga Filho, Marrey Jr. e Quiroga Advogados |
| 3. | Excerpts from the Deposition of Paulino Clovis, Volumes 1 & 2, dated August 20th & 21st, 2019 |
| 4. | Excerpts from the Deposition of J. P Trouilliot, dated September 17, 2019 |
| 5. | Declaration of Ross Trevino |
| 6. | Proposed Judgment |
| 7. | Dckt. Entry 138-6, Plaintiff's Notice of Taking Videotaped Deposition of Grupo Rontan Electro Metalurgica, S.A., dated August 16, 2019 |

Dated: April 1, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BOIES SCHILLER FLEXNER LLP


By: */s/ Carlos M. Sires*

　　Carlos M. Sires, Esq.
　　(Florida Bar No. 319333)
　　James M. Grippando, Esq.
　　(Florida Bar No. 383015)
　　**BOIES SCHILLER FLEXNER LLP**
　　401 East Las Olas Blvd., Suite 1200
　　Fort Lauderdale, Florida  33301
　　Telephone:  (954) 356-0011
　　Facsimile:   (954) 356-0022
　　csires@bsfllp.com
　　jgrippando@bsfllp.com

　　William A. Isaacson, Esq.
　　(*pro hac vice*)
　　5301 Wisconsin Avenue, NW
　　Suite 800
　　Washington, DC 20015
　　Telephone:  (202) 237-2727
　　Facsimile:   (202) 237-6131
　　wisaacson@bsfllp.com

　　*Attorneys for Global Digital Solutions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2020, a true and correct copy of the foregoing document was served by email upon the following:

**Rontan**
c/o Daniela Bolzan
Rod. Sp 127, km 114,5,
Tatui, Sao Paulo, Brasil
Email: dbolzan@rontan.com.br
Telephone: +55(15) 3205-9500

**Jose Bolzan**
Rod. Sp 127, km 114,5,
Tatui, Sao Paulo, Brasil
Email: jcbolzan@rontan.com.br
Telephone: +55(15) 3205-9500

**Joao Bolzan**
Rod. Sp 127, km 114,5,
Tatui, Sao Paulo, Brasil
Email: jabolzan@rontan.com.br
Telephone: +55(15) 3205-9500

**Brazilian Counsel**
c/o Marcelo Siqueira E Silva
Rua Francisco Neves,
159, Sorocaba, Parque Campolim, Brasil
Email: marcelo.siqueiraesilva@uol.com.br
Telephone: +55(15) 3233-2242

By: /s/ *Carlos M. Sires*
Carlos M. Sires, Esq.