UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-80106-CV-MIDDLEBROOKS

GLOBAL DIGITAL SOLUTIONS, INC.,

    Plaintiff,

v.

GRUPO RONTAN ELECTRO METALURGICA, S.A.,
JOAO ALBERTO BOLZAN, and
JOSE CARLOS BOLZAN,

    Defendants.
_____/

## ORDER SETTING HEARING REGARDING DAMAGES

THIS CAUSE comes before the Court upon Defendants' Motion to Seek Evidentiary Hearing to Determine Damages (DE 224), filed on June 12, 2020, and Plaintiff's Motion for Status Conference with Request for Stipulation/Admission of Facts (DE 244), filed on October 21, 2020. Defendants' Motion is fully briefed. (DE 233; DE 239). Plaintiff's Motion states that Defendants do not oppose its hearing request. (DE 244 at 5). Because the Parties appear to agree that a hearing in this case is necessary, the Motions are granted to the extent that they request such a hearing.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Defendants' Motion to Seek Evidentiary Hearing to Determine Damages (DE 224) is **GRANTED** to the extent that it requests a hearing on damages.

(2) Plaintiff's Motion for Status Conference with Request for Stipulation/Admission of Facts (DE 244) is **GRANTED** to the extent that it requests a status conference to resolve the issue of damages in this case. Plaintiff may address its request for stipulation/admission of facts at the hearing, if that remains an outstanding issue.

1

(3) A 60-minute remote hearing is scheduled for **November 17, 2020, at 11:00 a.m.**, at which time the Parties may offer argument and evidence regarding damages.

(4) By **November 3, 2020**, the Parties and their attorneys **SHALL SEND**, via email to middlebrooks@flsd.uscourts.gov, the names and email addresses of any attorney or Party who will be appearing at the hearing. Upon receipt of this information, my courtroom deputy will send instructions regarding attending the hearing. *The Parties will be responsible for forwarding the Zoom information to any non-parties who will be attending the hearing.*

(5) If the Parties intend to offer testimony or submit exhibits into evidence at the upcoming hearing, they **SHALL FILE** their witness and exhibit lists in the court record **no later than November 10, 2020**. Exhibit lists must include attachments of any documents that the Parties intend to introduce at the hearing.

**SIGNED** in Chambers at West Palm Beach, Florida, this 28th day of October, 2020.

Donald M. Middlebrooks
United States District Judge

cc:  Counsel of Record