UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-CV-80106-DMM

GLOBAL DIGITAL SOLUTIONS, INC.,

        Plaintiff,

vs.

GRUPO RONTAN ELECTRO METALURGICA, S.A.,
JOAO ALBERTO BOLZAN, and
JOSE CARLOS BOLZAN,

        Defendants.
_____/

## PLAINTIFF'S WITNESS AND EXHIBIT LIST

Pursuant to Local Rule 16.1(e), Plaintiff Global Digital Solutions, Inc. ("GDSI") submits the following list of witnesses it may call at trial. Plaintiff reserves the right to call any of the witnesses identified on Defendant's witness list and to call additional witnesses for rebuttal, impeachment, document authentication, or any other purpose authorized by the Federal Rules of Civil Procedure. Plaintiff also reserves the right to call additional witnesses who may be identified in documents to be produced by the Defendants pursuant to court-ordered ESI discovery, which remains incomplete.

**A. Witnesses GDSI Currently expects to Present**

1. Matthew Crow (Expert Witness) – c/o GDSI's counsel.

2. Marici Giannico of the Brazilian law firm Mattos Filho, Veiga Filho, Marrey Jr. e Quiroga Advogados.

3. Paulo Camargo Tedesco of the Brazilian law firm Mattos Filho, Veiga Filho, Marrey Jr. e Quiroga Advogados.

4. Clovis Paulino – by deposition.

1

5. Ross Trevino – 5102 Bright Galaxy Lane Greenacres, FL 33463.

6. J.P. Trouillot – by deposition.

**Plaintiff's Exhibit List**

Plaintiff reserves the right to use any of the exhibits listed on Defendants' exhibit list and to offer additional exhibits for rebuttal, impeachment, document authentication, or any other purpose authorized by the Federal Rules of Civil Procedure.  Plaintiff also reserves the right to supplement this list with any relevant documents to be produced by the Defendants pursuant to court-ordered ESI discovery, which remains incomplete.

| **Exhibit** | **Description** |
|---|---|
| 1. | Declaration of Matthew Crow of Mercer Capital, D.E. 214-1 |
| 2. | Ex. A to Declaration of Matthew Crow of Mercer Capital, M. Crow C.V. |
| 3. | Ex. B to Declaration of Matthew Crow of Mercer Capital, RONTAN20609-32 |
| 4. | Ex. C to Declaration of Matthew Crow of Mercer Capital, RONTAN20794-816 |
| 5. | Ex. D to Declaration of Matthew Crow of Mercer Capital, RONTAN 00083-102 |
| 6. | Ex. E to Declaration of Matthew Crow of Mercer Capital, KPMG Project Rontan Due Diligence Assistance, December 10, 2016 |
| 7. | Ex. F to Declaration of Matthew Crow of Mercer Capital, Rontan Financials |
| 8. | Ex. G to Declaration of Matthew Crow of Mercer Capital, |
| 9. | Ex. H to Declaration of Matthew Crow of Mercer Capital, Interest Rates |
| 10. | Ex. I to Declaration of Matthew Crow of Mercer Capital, RONTAN00142-43 |
| 11. | Affidavit of Maricí Giannico and Paulo Camargo Tedesco of of the Brazilian law firm Mattos Filho, Veiga Filho, Marrey Jr. e Quiroga Advogados & Attachments, D.E. 214-2 |
| 12. | D.E. 214-2, PX 517, DOCS – 10808993v3 Plano De Recuperação Judicial Do Grupo Rontan |
| 13. | D.E. 214-2, PX 537, Rontan Real Estate |
| 14. | D.E. 214-2, PX 538, March 3, 2020, Rontan Eletro Metalúrgica Ltda. e Rontan Telecom Comércio de Telecomunicações Ltda. |
| 15. | D.E. 214-2, PX 539, Mattos Filho, Summary of Tax Exposures |
| 16. | D.E. 214-3, Excerpts from the Deposition of Paulino Clovis, Volumes 1 & 2, dated August 20th & 21st, 2019 |
| 17. | D.E. 214-4, Excerpts from the Deposition of J. P Trouilliot, dated September 17, 2019 |
| 18. | D.E. 214-5, Declaration of Ross Trevino & Exhibits |
| 19. | D.E. 214-5, Ex. A, PX 41, 7/27/2015, Email re timing of deal, GDSI-00004050 |
| 20. | D.E. 214-5, Ex. B, PX 48, 10/8/2015 Share Purchase and Sale Agreement, GDSI-00001710 |

| **21.** | D.E. 214-5, Ex. C, PX 298, File Associated with Dropbox Link in GDSI-00001256, dated 6/17/1983, RONTAN26592 |
|---|---|
| **22.** | D.E. 214-5, Ex. C, PX 299, File Associated with Dropbox Link in GDSI-00001256, dated 9/20/1976, RONTAN26593 |
| **23.** | D.E. 214-5, Ex. C, PX 300, File Associated with Dropbox Link in GDSI-00001256, dated 2/3/1993, RONTAN26594 |
| **24.** | D.E. 214-5, Ex. C, PX 301, File Associated with Dropbox Link in GDSI-00001256, dated 10/17/2002, RONTAN26595 |
| **25.** | D.E. 214-5, Ex. C, PX 302, File Associated with Dropbox Link in GDSI-00001256, dated 4/5/2005, RONTAN26596 |
| **26.** | D.E. 214-5, Ex. C, PX 303, File Associated with Dropbox Link in GDSI-00001256, dated 7/29/1995, RONTAN26597 |
| **27.** | D.E. 214-5, Ex. D, PX 297, 10/6/2015 Email re Rontan's Properties referencing Dropbox link with property information, GDSl-00006119 |
| **28.** | D.E. 214-5, Ex. D, PX 530, 10/6/2015 Rontan Aerial View, JOSHINSKY00001311 |
| **29.** | D.E. 214-6, Proposed Final Judgment |
| **30.** | D.E. 214-6 and D.E.138-6, Plaintiff's Notice of Taking Videotaped Deposition of Grupo Rontan Electro Metalurgica, S.A., dated August 16, 2019 |

Dated: November 10, 2020                                Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

By: */s/ Carlos M. Sires*
   Carlos M. Sires, Esq.
   (Fla. Bar No. 319333)
   James Grippando
   Fla. Bar No. 383015
   401 East Las Olas Blvd., Suite 1200
   Fort Lauderdale, Florida  33301
   Telephone:  (954) 356-0011
   Facsimile:   (954) 356-0022
   csires@bsfllp.com
   jgrippando@bsfllp.com

   William A. Isaacson, Esq.
   PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
   (*pro hac vice* to be submitted)
   2001 K St NW,
   Washington, DC 20006
   Telephone:  (202)223-7313
   wisaacson@paulweiss.com
   *Attorneys for Global Digital Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 10, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have appeared.

By: /s/ *Carlos M. Sires*
Carlos M. Sires, Esq.