IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-80106-CIV-Middlebrooks/Brannon

GLOBAL DIGITAL SOLUTIONS, INC.,

    Plaintiff,

v.

GRUPO RONTAN ELECTRO METALURGICA, S.A.,
JOAO ALBERTO BOLZAN, and
JOSE CARLOS BOLZAN.

    Defendants.
_____/

## WITNESS LIST AND EXHIBIT LIST OF DEFENDANTS FOR NOVEMBER 17, 2020 HEARING

Defendants, GRUPO RONTAN ELECTRO METALURGICA, S.A., JOAO ALBERTO BOLZAN, and JOSE CARLOS BOLZAN, pursuant to the Order entered on October 29, 2020 [DE246], hereby file their witness list and exhibit list for the hearing presently scheduled on November 17, 2020, and state as follows:

### Witness List

The witnesses Defendants intend to call at the hearing are:

    1.    Jose Carlos Bolzan – c/o Reifkind, Thompson & Rudzinski, LLP, 3333 W. Commercial Blvd., Suite 200B, Fort Lauderdale, FL 33309, 954-370-5152.

    2.    Clovis Paulino, as 30(b)(6) Corporate Representative of Defendant, GRUPO RONTAN ELECTRO METALURGICA, S.A. – c/o Reifkind, Thompson & Rudzinski, LLP, 3333 W. Commercial Blvd., Suite 200B, Fort Lauderdale, FL 33309, 954-370-5152.

3. Daniela Bolzan, as managing agent of GRUPO RONTAN ELECTRO METALURGICA, S.A. – c/o Reifkind, Thompson & Rudzinski, LLP, 3333 W. Commercial Blvd., Suite 200B, Fort Lauderdale, FL 33309, 954-370-5152.

4. Stewart L. Appelrouth, CPA (Expert Witness) – Appelrouth Farah & Co., P.A., 1571 Sawgrass Corporate Parkway, Suite 130, Sunrise, FL 33323, 954-728-8989. Subject matter the witness will testify regarding: Mr. Appelrouth will opine on the damages Plaintiff is attempting to recover and to rebut the expert witness testimony for the Plaintiff on the calculation of damages. Mr. Appelrouth is expected to testify regarding the facts not supporting the damages Plaintiff is seeking as set forth in GDSI's Supplement to Motion for Final Judgment [DE 220]. Mr. Appelrouth's CV is attached hereto as Exhibit "1", which specifies his qualifications. Mr. Appelrouth's opinion will depend on the testimony of Plaintiff's expert, but from reviewing the report of Plaintiff's expert, the testimony will contradict the damages claimed by Plaintiff.

5. Any witness listed on Plaintiff's Witness List not objected to by Defendants.

## Exhibit List

1. All exhibits listed on Plaintiff's Exhibit List not objected to by Defendants.

Dated this 10th day of November, 2020.

                                                        Reifkind, Thompson & Rudzinski, LLP
                                                        Attorneys for Defendants
                                                        3333 W. Commercial Blvd., Suite 200B
                                                        Fort Lauderdale, FL 33309
                                                        Tel: (954) 370-5152
                                                        Fax: (954) 370-1992
                                                        Email: bgottlieb@rtrlaw.com
                                                                     msued@rtrlaw.com

                                                     By: /s/ *Brian D. Gottlieb* _____
                                                         BRIAN D. GOTTLIEB, ESQ.
                                                         F.B.N. 0015302

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of November, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on Plaintiff's counsel of record, Carlos Sires, Esq. – csires@bsfllp.com and William Isaacson, Esq. – wisaacson@bsfllp.com, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Noticed of Electronic Filing.

                                                   By: /s/ *Brian D. Gottlieb*_____
                                                      Brian D. Gottlieb, Esq.
                                                      Florida Bar No. 0015302