UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:18-CV-80106-DMM

GLOBAL DIGITAL SOLUTIONS, INC.,

    Plaintiff,
vs.

GRUPO RONTAN ELECTRO
METALURGICA, S.A.,
JOAO ALBERTO BOLZAN, and
JOSE CARLOS BOLZAN,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING**
**PURSUANT TO ORDER GRANTING MOTION IN LIMINE (DE 258)**

Pursuant to this Court's Order Granting Motions in Limine (DE 258) and this Court's Order Setting Hearing Regarding Damages (DE 246), Plaintiff Global Digital Solutions, Inc. ("GDSI"), hereby gives notice of filing of the Parties' Concise Memoranda of Law (with exhibits), all of which were previously submitted by email to Magistrate Judge Brannon in connection with the discovery disputes referenced in this Court's Order Granting Motions in Limine (258). The grounds for this Notice of Filing are as follows:

    1.    In its Order Granting Motions in Limine, this Court ruled that "I will, at the December 2, 2020 hearing on damages, prohibit Defendants under Rule 37 'from introducing [] matters in evidence[]' that were the subject of Plaintiff's discovery requests to which Defendants failed to respond despite court orders. *See* Fed. R. Civ. P. 37(b)(2)(A)(ii)." (DE 258 at 8.)

    2.    Pursuant to Court's Order Setting Discovery Procedure dated August 15, 2019 (DE 71), motions to compel were not filed with the Court. Instead, the parties were directed to

submit a "concise memorandum of law" by email to Magistrate Judge Brannon. (DE 71 at ¶¶ 3-4.)

3.  Plaintiffs believe that making these concise memoranda, with exhibits, part of the record would assist the Court in making the necessary determination whether Defendants' proferred evidence at the hearing concerns matters "that were the subject of Plaintiff's discovery requests to which Defendants failed to respond despite court orders. *See* Fed. R. Civ. P. 37(b)(2)(A)(ii)." (DE 258 at 8.)

| Exhibit | Description |
|---|---|
| **1.** | Plaintiff's Concise Discovery Memorandum, dated September 5, 2019. |
| **2.** | Defendant's Concise Response to Plaintiff's Memorandum, dated September 6, 2019. |
| **3.** | Plaintiff's Concise Discovery Memorandum, dated September 25, 2019. |
| **4.** | Defendants' Concise Discovery Memorandum for Sept 27 Discovery Hearing, dated September 26, 2019. |
| **5.** | Plaintiff's Concise Discovery Memorandum, dated October 3, 2019. |
| **6.** | Letter to Judge Brannon from C. Sires, dated October 4, 2019. |
| **7.** | Email to Judge Brannon from Carlos Osorio, dated October 4, 2019. |
| **8.** | Plaintiff's Concise Discovery Memorandum, dated November 5, 2019. |
| **9.** | Defendants' Concise Discovery Memorandum, dated December 2, 2019. |
| **10.** | Plaintiff's Concise Statement, dated December 3, 2019. |
| **11.** | Plaintiff's Concise Memorandum Of Law In Support Of The Imposition Of Sanctions Against Defendants For Wilful And Repeated Violations Of Court Orders, dated January 13, 2020. |

Dated: December 1, 2020 Respectfully submitted,

| | |
|---|---|
| **PAUL WEISS RIFKIND, WHARTON & GARRISON LLP** | **BOIES SCHILLER FLEXNER LLP** |
| William A. Isaacson, Esq. <br> (*Pro Hac Vice*) <br> 2001 K Street, NW <br> Washington, DC  20006-1047 <br> Telephone:  (202) 223-7300 <br> Facsimile:   (202) 223-7420 <br> wisaacson@paulweiss.com | By: */s/ Carlos M. Sires* <br> Carlos M. Sires, Esq. <br> (Florida Bar No. 319333) <br> James Grippando, Esq. <br> (Florida Bar No. 383015) <br> 401 East Las Olas Blvd., Suite 1200 <br> Fort Lauderdale, FL  33301 <br> Telephone: (954) 356-0011 <br> Facsimile:  (954) 356-0022 <br> csires@bsfllp.com <br> jgrippando@bsfllp.com |

*Attorneys for Global Digital Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 1, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have appeared.

By: /s/ *Carlos M. Sires*
Carlos M. Sires, Esq.