UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-80106-CV-MIDDLEBROOKS

GLOBAL DIGITAL SOLUTIONS, INC.,

    Plaintiff,

v.

GRUPO RONTAN ELECTRO METALURGICA, S.A.,
JOAO ALBERTO BOLZAN, and
JOSE CARLOS BOLZAN,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the hearing on damages held on December 2, 2020. As stated at the hearing, the Parties are to adhere to the following deadlines for the filing of proposed findings of fact and conclusions of law regarding damages and responses and replies to the same. Given the history of this case and the fact that the damages issue is the last substantive matter remaining to be resolved, I am not inclined to grant any extensions of these deadlines.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Proposed findings of fact and conclusions of law regarding damages must be filed **on or before December 16, 2020**. The Parties must also ensure that a copy in Word format is emailed to middlebrooks@flsd.uscourts.gov.

(2) Any responses and objections related to admissibility of the evidence in the proposed findings of fact and conclusions of law must be filed **on or before December 28, 2020**.

(3) Any replies must be filed **on or before January 7, 2021**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 2nd day of December, 2020.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record