UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-80106-CV-MIDDLEBROOKS

GLOBAL DIGITAL SOLUTIONS, INC.,

    Plaintiff,

v.

GRUPO RONTAN ELECTRO METALURGICA, S.A.,
JOAO ALBERTO BOLZAN, and
JOSE CARLOS BOLZAN,

    Defendants.
_____/

## ORDER ON MOTION FOR EXTENSION OF TIME

THIS CAUSE comes before the Court upon Plaintiff's Motion for Extension of Time, filed on December 16, 2020. (DE 262). Defendants filed a Response in opposition to the Motion on December 18, 2020. (DE 265). For the following reasons, the Motion is granted.

On December 2, 2020, I held a hearing on damages in this case. The deadline for the Parties to file proposed findings of fact and conclusions of law regarding damages was December 16, 2020. (DE 261). Defendants complied with that deadline. (DE 263). However, on the deadline, Plaintiff filed the present Motion, seeking a one-week extension "due to the press of other matters and the time required to obtain and review the transcript of the damages hearing." (DE 262 at ¶ 2).

In their Response, Defendants represent that the transcript was sent to the Parties on the morning of December 7, 2020, which was well in advance of the December 16, 2020 deadline, and that "[t]here were no new issues brought up at the hearing which would require Plaintiff to need additional time." (DE 265 at ¶¶ 6, 8). Defendants also assert that they will be prejudiced by any extension because "Plaintiff will now be able to attempt to contradict Defendants['] [timely filed] findings of fact and conclusions of law in its initial submission to the Court." (*Id.* at ¶ 9).

1

In light of the brief nature of the requested extension, I will grant the Motion. However, Plaintiff is advised that this deadline will not be extended further absent a compelling showing of good cause supported by specific facts.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion for Extension of Time (DE 262) is **GRANTED**.

(2) The deadline for Plaintiff to submit its proposed findings of fact and conclusions of law regarding damages is extended to **December 23, 2020**.

(3) In light of this extension, the deadline for Defendants to respond and object to Plaintiff's proposed findings of fact and conclusions of law is extended to **January 4, 2021**, and the reply deadline is extended to **January 14, 2021**.

(4) No other deadlines, including the response and reply deadlines as to Defendants' timely filed proposed findings of fact and conclusions of law, are modified or amended as a result of this Order.

**SIGNED** in Chambers at West Palm Beach, Florida, this 21st day of December, 2020.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record