**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 18-80106-CV-MIDDLEBROOKS

GLOBAL DIGITAL SOLUTIONS, INC.,

      Plaintiff,

v.

GRUPO RONTAN ELECTRO METALURGICA, S.A.,
JOAO ALBERTO BOLZAN, and
JOSE CARLOS BOLZAN,

      Defendants.

_____/

## FINAL JUDGMENT

THIS CAUSE comes before the Court upon the Court's prior Orders relating to Plaintiff's Motion for Default Judgment (DE 206; DE 207; DE 245; DE 275) and the December 2, 2020 evidentiary hearing on damages. Consistent with the same, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED AND ADJUDGED** that:

(1)    Final judgment is **ENTERED** in favor of Plaintiff Global Digital Solutions, Inc., and against Defendants Grupo Rontan Electro Metalurgica, S.A., Joao Alberto Bolzan, and Jose Carlos Bolzan, for Defendants' breach of contract.

(2)    Plaintiff is **AWARDED** specific performance with incidental damages against Defendants, as follows:

(a)    Defendants shall forthwith complete the closing of the transaction contemplated by the Parties' Share Purchase and Sale Agreement (the "Agreement") pursuant to the terms of the Agreement. Specifically, Defendants Joao Alberto Bolzan and

1

Jose Carlos Bolzan shall transfer to Plaintiff 100% of Grupo Rontan's shares, thus granting to and conferring on Plaintiff all right, title, and interest as to those shares.

(b)  In exchange for the transfer of the shares, Plaintiff's obligation to pay the purchase price (whether the cash, stock, or earn-out amount, as defined by the Agreement) shall be met by setting off against the purchase price the amount of the monetary award for incidental damages set forth below until such time as (i) the monetary final judgment award, including payment of interest, is fully satisfied and (ii) any fees and costs award relating to this action is fully satisfied. Until then, any consideration that Plaintiff may owe to Defendants pursuant to the Agreement shall, when it matures, be credited against the unsatisfied portion of the monetary final judgment award and any fees and costs award.

(c)  Upon Defendants' transfer of the shares to Plaintiff, no Defendant, whether individually or in a representative capacity, or anyone else claiming by or through them, shall be deemed to have any right, title, or interest in the shares. Therefore, the specific performance aspect of this Final Judgment shall be satisfied only by Defendants' transfer of 100% of the shares of Grupo Rontan to Plaintiff free and clear of any liens, encumbrances, pledges, or restrictions as to those shares.

(d)  Plaintiff is awarded incidental damages in the amount of $192,448,000.00, which consists of:

(i)  $162,131,000.00—the undisclosed tax liabilities of Grupo Rontan;

(ii)  $19,056,000.00—the additional encumbrances that have been placed on the real estate of Grupo Rontan prior to closing; and

(iii)  $11,261,000.00—the debt of Grupo Rontan in excess of the agreed limits.

(e)     To the extent that the monetary final judgment award is not satisfied by payment or setoff of the purchase price, Plaintiff shall be entitled to enforce and recover such unsatisfied portion of the monetary final judgment award against any or all of Defendants, who will be jointly and severally liable for any unsatisfied portion.

(f)     This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961.

(g)     Pursuant to the Agreement, Plaintiff is "entitled to recover all reasonable expenses relating [to this action] (including attorney's fees and expenses) from [Defendants] . . . ." (*See* DE 55-1 at 15–16). If Plaintiff intends to file a motion for attorneys' fees and costs, it must do so within 14 days of the entry of this Final Judgment.

(3)     The Clerk of Court shall **CLOSE THIS CASE**.

(4)     All pending motions are **DENIED AS MOOT**.

(5)     The Court will retain jurisdiction to determine the amount of attorneys' fees and costs and to consider, if supported by the facts and the applicable law, any future request by Plaintiff regarding its election of the remedy of specific performance with incidental damages.

**SIGNED** in Chambers at West Palm Beach, Florida, this 3rd day of February, 2021.

Donald M. Middlebrooks
United States District Judge

cc:     Counsel of Record

3