UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:18-CV-80106-DMM

GLOBAL DIGITAL SOLUTIONS, INC.,

    Plaintiff,

vs.

GRUPO RONTAN ELECTRO METALURGICA, S.A.,
JOAO ALBERTO BOLZAN, and
JOSE CARLOS BOLZAN,

    Defendants.

_____/

**PLAINTIFF GDSI'S NOTICE OF FILING DECLARATION OF CARLOS M. SIRES, ESQ. (WITH EXHIBITS) IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, NONTAXABLE EXPENSES RELATED TO <u>ATTORNEYS' FEES AND TAXABLE COSTS</u>**

Plaintiff Global Digital Solutions, Inc. ("GDSI"), herby gives Notice of Filing the Declaration of Carlos M. Sires, Esq. (with exhibits) in support of Plaintiffs' Motion for Award of Attorneys' Fees, Nontaxable Expenses Related to Attorneys' Fees and Taxable Costs ("Motion.") The Motion and these supporting materials are submitted pursuant to Federal Rule of Civil Procedure 54(d)(2), Fed. R. Civ. P., Local Rule 7.3, Rules of the U.S. District Court for the Southern District of Florida; and this Court's entry of Final Judgment (DE 276).

1

**INDEX OF DOCUMENTS CITED IN THE DECLARATION OF CARLOS M. SIRES, ESQ. IN SUPPORT OF GDSI'S MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES RELATED TO ATTORNEYS' FEES AND TAXABLE COSTS**

| Exhibit Number | Description |
|---|---|
| 1A | GDSI Time keeper diaries for pre-filing services rendered from May 2016 through October 2017 under an hourly fee arrangement |
| 1B | GDSI Time keeper diaries for services rendered after October 2017 under a partial contingency fee arrangement. |
| 1C | Attorney's fees for the Brazilian law firm of Mattos Filho, Veiga Filho, Marrey Jr. e Quiroga Advogados |
| 1D | Attorney's fees for the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP (former BSF partner William Isaacson) |
| 2A | The professional bio of William Isaacson |
| 2B | The professional bio of Carlos Sires |
| 2C | The professional bio of James Grippando |
| 2D | The professional bio of Brendon Olson |
| 2E | The professional bio of Marici Giannico |
| 2F | The professional bio of Paul Camargo |
| 3 | May 6, 2019 Expert Report of Matthew Crow |
| 4 | January 15, 2020 Email from Defendants' Counsel to Plaintiff's Counsel re: Seeking US Representation |
| 5 | GDSI Bill of Costs for litigation fees as provided to the Clerk of the United States District Court for the Southern District of Florida |
| 5A | GDSI Supporting Invoices for litigation fees summarized in Bill of Costs |
| 6 | GDSI Summary Chart of Attorney's Fees |
| 6A | GDSI invoices for services rendered by Mercer Capital |
| 6B | GDSI invoices for services rendered by Rational Enterprises |

| | |
|---|---|
| 6C | GDSI invoices for all travel expenses |
| 6D | GDSI invoices for all translation services |
| 6E | GDSI invoices for mediation services rendered by Herb Stetten |
| 7 | September 30, 2009 [dkt. 330-1] Declaration of John F. O'Sullivan, Esq. In Support of Plaintiff's Third Supplemental Verified Motion for Award of Attorneys' Fees and Costs Pursuant to June 8 Damages Order and Final Judgment (Qantum Communications Corporation v. STAR Broadcasting, Inc.) |

Dated: February 17, 2021

**PAUL WEISS RIFKIND, WHARTON & GARRISON LLP**

William A. Isaacson, Esq.
(*Pro Hac Vice*)
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
wisaacson@paulweiss.com

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Carlos M. Sires*
Carlos M. Sires, Esq.
(Fla. Bar No. 319333)
James Grippando, Esq
(Fla. Bar No. 383015)
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
csires@bsfllp.com
jgrippando@bsfllp.com

*Attorneys for Global Digital Solutions, Inc.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all counsel of record via the court's CM/ECF System on February 17, 2021.

By: */s/ Carlos M. Sires*
Carlos M. Sires, Esq.