# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

GLOBAL DIGITAL SOLUTIONS, INC.,

    *Plaintiff*,

v.                                    CASE NO.: 9:18cv80106-DMM

GRUPO RONTAN ELECTRO
METALURGICA, S.A., JOSE CARLOS
BOLZAN, and JOÃO ALBERTO
BOLZAN,

    *Defendants*.

_____/

## **NOTICE OF APPEAL**

Notice is given that all Defendants in the above-named case hereby appeal to the United States Court of Appeals for the Eleventh Circuit the following orders entered in this action on the dates listed:

    -Order on Motion to Dismiss, ECF No. 49, entered May 23, 2019;

    -Order on Motions for Summary Judgment, ECF No. 181, entered November 26, 2019;

    -Order Granting Motion for Default Judgment, ECF No. 206, entered February 28, 2020;

    -Order on Motion for Judgment as a Matter of Law, ECF No. 207, entered February 28, 2020;

    -Order Denying Motion for Relief from Default Judgment, ECF No. 245, entered October 28, 2020;

-Order Granting Motions *in Limine*, ECF No. 258, November 30, 2020;

-Order on Damages, ECF No. 275, entered February 3, 2021;

-Final Judgment, ECF No. 276, entered February 3, 2021.

Dated this 4th day of March, 2021.

                                   Reifkind, Thompson & Rudzinski, LLP
                                   Attorneys for Defendants
                                   3333 W. Commercial Blvd., Suite 200B
                                   Fort Lauderdale, FL 33309
                                   Tel: (954) 370-5152
                                   Fax: (954) 370-1992
                                   Email: bgottlieb@rtrlaw.com
                                                   msued@rtrlaw.com

                                   By: /s/ *Brian D. Gottlieb* _____
                                            BRIAN D. GOTTLIEB, ESQ.
                                            F.B.N. 0015302

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of March, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on Plaintiff's counsel of record, Carlos Sires, Esq. – csires@bsfllp.com and William Isaacson, Esq. – wisaacson@bsfllp.com, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Noticed of Electronic Filing.

                By: __/s/ *Brian D. Gottlieb*_____
                      Brian D. Gottlieb, Esq.
                      Florida Bar No. 0015302