# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-80106-CV-MIDDLEBROOKS

GLOBAL DIGITAL SOLUTIONS, INC.,

    Plaintiff,

v.

GRUPO RONTAN ELECTRO METALURGICA, S.A.,
JOAO ALBERTO BOLZAN, and
JOSE CARLOS BOLZAN,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*. On February 17, 2021, Plaintiff filed a Motion for Award of Attorneys' Fees, Nontaxable Expenses, and Taxable Costs. (DE 277). Defendants' response to the Motion was due by March 3, 2021. No response appears in the record.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) **No later than March 12, 2021**, Defendants shall show cause in writing as to (1) why Plaintiff's Motion should not be granted and (2) why Defendants failed to respond to the Motion by March 3, 2021.

(2) Defendants' failure to respond to this Order to Show Cause may result in Plaintiff's Motion being granted by default pursuant to Local Rule 7.1(c).

**SIGNED** in Chambers at West Palm Beach, Florida, this 9th day of March, 2021.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record