Case 9:18-cv-80106-DMM   Document 281   Entered on FLSD Docket 03/10/2021   Page 1 of 4
USCA11 Case: 21-10716   Date Filed: 03/04/2021   (1 of 81)

FILED BY HH D.C.
Mar 10, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 10, 2021

Brian David Gottlieb
Reifkind Thompson & Rudzinski, LLP
3333 W COMMERCIAL BLVD STE 200B
LAUDERDALE LAKES, FL 33309

Appeal Number: 21-10716-G
Case Style: Global Digital Solutions, Inc. v. Grupo Rontan Electro Metalurgica, S.A., et al
District Court Docket No: 9:18-cv-80106-DMM

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing, are available at www.ca11.uscourts.gov.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be admitted to the bar of this Court, admitted for this particular proceeding pursuant to 11th Cir. R. 46-3, or admitted pro hac vice pursuant to 11th Cir. R. 46-4. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must file an Appearance of Counsel form within 14 days. The Application for Admission to the Bar and Appearance of Counsel Form are available at www.ca11.uscourts.gov. The clerk generally may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6(b).

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

MEDIATION. If a Civil Appeal Statement is required to be filed, your appeal and all related matters will be considered for mediation by the Kinnard Mediation Center. The mediation services are free and the mediation process is confidential. You may confidentially request mediation by calling the Kinnard Mediation Center at 404-335-6260 (Atlanta) or 305-714-1900 (Miami). See 11th Cir. R. 33-1.

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the [Web-Based CIP](#) link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a [Transcript Information Form](#), as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM MARCH 4, 2021. See 11th Cir. R. 12-1 and 31-1.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lee Aaron, G
Phone #: 404-335-6172

DKT-2 Appeal WITH Deficiency

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

GLOBAL DIGITAL SOLUTIONS, INC.,

    *Plaintiff*,

v.                                                      CASE NO.: 9:18cv80106-DMM

GRUPO RONTAN ELECTRO
METALURGICA, S.A., JOSE CARLOS
BOLZAN, and JOÃO ALBERTO
BOLZAN,

    *Defendants*.
_____/

## **NOTICE OF APPEAL**

Notice is given that all Defendants in the above-named case hereby appeal to the United States Court of Appeals for the Eleventh Circuit the following orders entered in this action on the dates listed:

-Order on Motion to Dismiss, ECF No. 49, entered May 23, 2019;

-Order on Motions for Summary Judgment, ECF No. 181, entered November 26, 2019;

-Order Granting Motion for Default Judgment, ECF No. 206, entered February 28, 2020;

-Order on Motion for Judgment as a Matter of Law, ECF No. 207, entered February 28, 2020;

-Order Denying Motion for Relief from Default Judgment, ECF No. 245, entered October 28, 2020;

-Order Granting Motions *in Limine*, ECF No. 258, November 30, 2020;

-Order on Damages, ECF No. 275, entered February 3, 2021;

-Final Judgment, ECF No. 276, entered February 3, 2021.

Dated this 4th day of March, 2021.

                                  Reifkind, Thompson & Rudzinski, LLP
                                  Attorneys for Defendants
                                  3333 W. Commercial Blvd., Suite 200B
                                  Fort Lauderdale, FL 33309
                                  Tel: (954) 370-5152
                                  Fax: (954) 370-1992
                                  Email: bgottlieb@rtrlaw.com
                                                msued@rtrlaw.com

                                By: /s/ *Brian D. Gottlieb*
                                    BRIAN D. GOTTLIEB, ESQ.
                                    F.B.N. 0015302